UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ROBINS, ) | |
| ) | |
| Petitioner, ) | 2:99-cv-00412-LRH-PAL |
| ) | |
| vs. ) | |
| ) | ORDER |
| ROBERT BAYER, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

This capital habeas corpus action was stayed on March 14, 2005, pending petitioner's exhaustion of claims in state court (docket #106).

On June 19, 2009, petitioner filed a motion to vacate the stay (docket #125). In that motion, petitioner states that the state-court proceedings have concluded.

Pursuant to the Court's order entered March 14, 2005, the court will grant petitioner's motion to vacate the stay of this action, and will lift the stay of this action.

The court will set a status conference to hear from counsel with respect to a schedule for anticipated further proceedings. Immediately following the status conference, the court will hold an *ex parte* budgeting conference, with only counsel for petitioner present, to set a schedule for the development of a budget for petitioner's counsel for the next phase of this action.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Vacate Stay and Reopen Capital Habeas Corpus Proceedings (docket #125) is **GRANTED**. The stay of this action is lifted.

**IT IS FURTHER ORDERED** that a telephonic status conference is set for **June 29, 2009, at 1:30 p.m.**, to hear from counsel with respect to a schedule for further proceedings in this action. At the time set for the conference, counsel shall be available at their respective telephone numbers (Patricia Erickson, counsel for petitioner, at 702-388-1055; Heather Procter, counsel for respondents, at 775-684-1271). To make other arrangements, counsel may contact Rosemarie Miller, at 775-686-5829.

Dated this 22nd day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE