UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHARLES ROBINS,

    Petitioner,                                    2:99-cv-0412-LRH-PAL

vs.                                              **MINUTES OF THE COURT**

JAMES "GREG" COX, *et al.*,                September 28, 2011

    Respondents.
_____/

PRESENT:
THE HONORABLE   LARRY R. HICKS  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   DENNIS M. FARIAS    REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      In this capital habeas corpus action, on September 21, 2011, respondents filed a motion (docket #202) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated, and requesting that Renee Baker be substituted for her predecessor, E.K. McDaniel, as the respondent warden in this action. Pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker shall be substituted for E.K. McDaniel, as the respondent warden.

      Additionally, the court is informed that Howard Skolnik is no longer the director of the Nevada Department of Corrections; the acting director is James "Greg" Cox. *See* Website of the Nevada Department of Corrections, "Director's Page" (http://www.doc.nv.gov/?q=node/51). Therefore, pursuant to Federal Rule of Civil Procedure 25(d), James "Greg" Cox is substituted for Howard Skolnik as the respondent director of the Nevada Department of Corrections.

Furthermore, the court notes that the caption of this case, on the docket, names the "State of Nevada" as a respondent. The State of Nevada is not a named respondent in the petitioner's third amended petition (docket #133).

**IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Counsel (docket #202) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden; shall substitute James "Greg" Cox for Howard Skolnik, on the docket, as the respondent director of the Nevada Department of Corrections; shall remove the State of Nevada from the caption of the case on the docket, and shall otherwise update the caption of the action to reflect these changes.

LANCE S. WILSON, CLERK

By: _____/s/_____
    Deputy Clerk