UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES ROBINS,<br>a/k/a Ha'im Al Matin Sharif,<br>      Petitioner,<br>vs.<br>RENEE BAKER, *et al.*,<br>      Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:99-cv-0412-LRH-PAL<br><br>**ORDER** |

In this capital habeas corpus action, on September 29, 2011, the court discharged the court-appointed attorney for the petitioner, Charles Robins. *See* Order entered September 29, 2011 (docket #204). The court will now appoint new counsel to represent Robins.

Pursuant to 18 U.S.C. § 3599, and in the interests of justice, the Federal Public Defender for the District of Nevada (FPD) shall be appointed to represent Robins. If the FPD is unable to represent Robins, due to a conflict of interest or other reason, then alternate counsel will be located and appointed by the court. Robins' appointed counsel will represent him in all subsequent proceedings, pursuant to 18 U.S.C. § 3599(e), unless and until allowed to withdraw.

**IT IS THEREFORE ORDERED** that the Federal Public Defender for the District of Nevada is appointed to represent petitioner Charles Robins. The Federal Public Defender shall have **30 days** from the date of entry of this order to undertake representation of petitioner or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SERVE** a copy of this order on:

Michael Pescetta
Office of the Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101

Dated this 5th day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE