# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES ROBINS,

    Petitioner,

vs.

TIMOTHY FILSON, *et al.*,

    Respondents.

Case No. 2:99-cv-00412-LRH-PAL

**ORDER**

In this federal habeas action challenging petitioner's first degree murder conviction and death sentence, petitioner has filed a motion seeking an order to administratively close these proceedings. ECF No. 310. Attached to the motion are a "Memorandum of Agreement" and an "Amended Judgment of Conviction," which demonstrate that petitioner's first-degree murder conviction and death sentence have been vacated and replaced with a judgment for second-degree murder with a corresponding twenty-five year sentence. *Id*., Exhibits A and B. Petitioner has been given credit for time served and released from custody, but under the terms of his agreement with the State of Nevada, his first-degree murder conviction and death sentence would be reinstated if he should later challenge the amended judgment of conviction.

Petitioner indicates that he is proposing administrative closure, in lieu of outright dismissal of this case, because there may be "procedural obstacles" to bringing a federal habeas proceeding in the event his first degree murder conviction is ever reinstated. As alternative relief, petitioner asks for a

dismissal order that provides for reinstatement of this proceeding *nunc pro tunc* should the original conviction be restored.

Because the conviction and sentence challenged in this proceeding have been vacated, the habeas petition herein is now moot and must be dismissed. *See Calderon v. Moore*, 518 U.S. 149, 150 (1996) (habeas proceeding must be dismissed as moot when a court cannot grant "any effectual relief whatever"). Accordingly, the court declines to "administratively close" this proceeding. As for entering a provisional or conditional dismissal, the court notes that the petitioner, alone, controls whether the original conviction is ever reinstated. Thus, this court does not see the need to include protective measures as part of its dismissal of this case.

**IT IS THEREFORE ORDERED** that petitioner's fourth amended petition (ECF No. 289) is DISMISSED as moot. The Clerk shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** petitioner's "motion for administrative closure of proceedings" (ECF No. 310) is DENIED.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

DATED this 14th day of August, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE